UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EMA FINANCIAL, LLC,

                    Plaintiff,

-against-

5BARZ INTERNATIONAL, INC.; 5BARZ AG;
CELLYNX GROUP, INC.; 5BARZ INDIA
PRIVATE LIMITED; and 5BARZ
INTERNATIONAL SA DE CV;

                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

18 CIVIL 4995 (VEC)

**JUDGMENT**
**For Attorney's Fees**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 15, 2019, summary judgment on Plaintiff's claim for breach of the settlement agreement is granted in favor of Plaintiff against Subsidiary Defendants. The Plaintiff is awarded $95,756.14 in damages, $94,953.20 in prejudgment interest, and $30,960.70 in attorneys' fees and expenses, against all Defendants; accordingly, the case is closed.

**Dated:** New York, New York
          November 18, 2019

                                              **RUBY J. KRAJICK**
                                                  Clerk of Court

                **BY:** _____
                                                  Deputy Clerk